IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOHN JOSEPH CHANEL,<br><br>Defendant. | Case No. 1:25-MJ-686 |

**AFFIDAVIT IN SUPPORT OF A**
**CRIMINAL COMPLAINT AND AN ARREST WARRANT**

I, Remy M. Walsh, a Special Agent with the Federal Bureau of Investigation, being duly sworn, hereby depose and state as follows:

**INTRODUCTION AND AFFAINT BACKGROUND**

1. I submit this affidavit in support of in support of a criminal complaint charging JOHN JOSEPH CHANEL ("CHANEL") with Receipt and Distribution of Child Pornography, in violation of Title 18, United States Code ("U.S.C.") § 2252(a)(2) and (b)(1).

2. I am "an investigative or law enforcement officer" of the United States within the meaning of Title 18 U.S.C. § 2510(7), that is, an officer of the United States who is empowered by law to conduct investigations of and to make arrests for offenses enumerated in Title 18 U.S.C. § 2516. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed since April 2021, and I am currently assigned to the Washington Field Office ("WFO") Child Exploitation and Human Trafficking Task Force ("CEHTTF"). I am a graduate of the FBI Academy in Quantico, Virginia, where I received extensive training in federal law and various investigative methods.

3. While employed by FBI, I have investigated federal criminal violations related

to high technology or cybercrime, child exploitation, and child pornography, including but not limited to the illegal possession, receipt, distribution, advertisement, and production of material depicting the sexual exploitation of minors. As a Special Agent with the FBI, I received training on investigative techniques related to crimes involving the sexual exploitation of children, including obtaining and analyzing digital records, analyzing stored digital media, forensic imaging and analyzing digital media, and the application for and execution of search and arrest warrants. I have conducted and assisted in federal child exploitation investigations and participated in the execution of numerous search warrants in support of child exploitation investigations. I have gained experience in these investigations through training, discussions with other law enforcement officers and computer forensic examiners, and everyday work conducting these types of investigations. I have had the opportunity to observe and review numerous examples of child pornography (as defined in Title 18 U.S.C. § 2256(8) and used interchangeably with the term "child sexual abuse material" or "CSAM") in many forms of media, including computer media. I also have experience participating in investigations involving the sexual exploitation of children through social media and messaging platforms. Through my training and experience, and conversations with law enforcement personnel and computer forensic examiners, I have also become familiar with certain methods commonly employed by offenders who seek to sexually exploit children online.

4. Unless otherwise noted, wherever in this affidavit I assert that a statement was made, that statement is described in substance and is not intended to be a verbatim recitation of such statement.

5. Unless otherwise stated, the conclusions and beliefs I express in this affidavit are based on my training, experience, and knowledge of the investigation, and reasonable

inferences I've drawn from my training, experience, and knowledge of the investigation. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant. It does not set forth all of my knowledge, or the knowledge of others, about this matter.

6. Based on my training and experience and the facts as set forth in this affidavit, I respectfully submit that there is probable cause to believe that from on or about June 8, 2024 to on or about June 11, 2024, within the Eastern District of Virginia, CHANEL committed violations of Title 18, United States Code § 2252(a)(2) and (b)(1) (receipt and distribution of child pornography) (the "TARGET OFFENSES"). Specifically, CHANEL knowingly received and distributed child pornography on separate dates utilizing his Kik and Dropbox Inc. accounts.

## PROBABLE CAUSE

7. On June 10, 2024, a CyberTipline Report[1] was submitted by Dropbox Inc. to the National Center for Missing and Exploited Children ("NCMEC"). The report identified two videos depicting child sexual abuse material being uploaded to a Dropbox account associated with the email address: jchanel5@gmail.com; Screen/Username: Joey Chanel; ESP User ID: 3097787824. One of the videos depicts what appears to be a prepubescent female bent over with her pants pulled down while an adult male inserts his penis into her genital region. The other video depicts what appears to be a prepubescent male having intercourse with an older female.

8. On July 19, 2024, in response to an administrative subpoena, Dropbox Inc. provided

---

[1] The CyberTipline was developed by the National Center for Missing & Exploited Children ("NCMEC") to help in the detection of child sexual exploitation on the Internet. NCMEC staff review each tip and as appropriate make it available to law enforcement for investigation. "NCMEC's CyberTipline is the nation's centralized reporting system for the online exploitation of children. The public and electronic service providers can make reports of suspected online enticement of children for sexual acts, child sexual molestation, child sexual abuse material, child sex tourism, child sex trafficking, unsolicited obscene materials sent to a child, misleading domain names, and misleading words or digital images on the internet." *See* NCMEC CyberTipline, https://www.missingkids.org/gethelpnow/cybertipline?gad_source=1.

subscriber records for User ID: 3097787824. According to Dropbox, the account has a full display name of Joey Chanel, an email address of jchanel5@gmail.com, and an account creation date of April 15, 2020. The last ping date for the account was listed as June 9, 2024—the day prior to the CyberTipline Report—with an IP address of 173.79.122.165.

9. On July 19, 2024, an administrative subpoena was served to Google LLC to provide information pertaining to email address jchanel5@gmail.com. Records from Google LLC revealed that this account has a name of Joey Chanel, a recovery email of jcchanel@amazon.com, and a recovery SMS of +17035179036. A login IP address for July 18, 2024, is listed as 173.79.122.165, which matches the IP address listed above in paragraph 8. Postal address information from these records displays a recipient name of John Joseph Chanel and an address in Sterling, Virginia.

10. On July 29, 2024, an administrative subpoena was served to Verizon Communications Inc. for information pertaining to login IP address: 173.79.122.165. Records from Verizon showed that the IP address returned to a customer name of A. Miller with an account address that matches the Google LLC subpoena return. Social media indicates that A. Miller appears to be CHANEL's now wife. A Facebook page for A. Miller displays a photograph of herself and CHANEL. A post on this page tags "Joey Chanel" with the recent August 2024 birth of their child. An additional post tags "@jcchanel" on a trip to California. Joey Chanel's associated Facebook page displays photos of himself with A. Miller and states that he lives in Sterling, Virginia.

11. On July 29, 2024, an administrative subpoena was served to Verizon Communications Inc. to provide information pertaining to telephone number: 703-517-9036, the recovery phone number for jchanel5@gmail.com. Records from Verizon indicate that this phone number returns to "A. Chanel." "John Chanel" is listed as a contact name with the contact

4

address listed as the same Sterling, Virginia address in the Google and Verizon subpoenas.

12. On June 28, 2024, a separate CyberTipline Report was submitted by MediaLab/Kik to NCMEC pertaining to email address jbjn555@gmail.com; Screen/User Name: jbornbj555. The report identified eight videos and two images uploaded depicting CSAM. One of these videos depicts what appears to be a naked prepubescent female with a white, viscous substance covering her genitals. The report also identifies a June 24, 2024 login IP address of 173.79.122.165, matching the IP addresses previously mentioned.

13. On September 25, 2024, the FBI executed a residential search warrant on CHANEL's residence in Sterling, Virginia. During the search, CHANEL was interviewed by investigators and confirmed his email address of jchanel5@gmail.com, matching the email address originally reported within the Dropbox Inc. CyberTipline Report. Additionally, CHANEL acknowledged having previous email addresses, and he provided a possible previous email address of jborn5@gmail.com. This email address is similar in nature to the Kik Username: jbornbj555 reported in the CyberTipline Report by Medialab/Kik.

14. During the interview, CHANEL admitted to receiving links in Kik messaging groups that led to child pornography. He admitted to clicking on the links multiple times. He proclaimed his actions and behavior as a "fascination." While he could not explain how the link translated to the child pornography's presence in Dropbox, he acknowledged he previously had a Dropbox account that was deactivated for what he assumed was him clicking on the links to child pornography too many times.

## KIK SEARCH WARRANT

15. On October 29, 2024, the Honorable William B. Porter, United States Magistrate Judge for the Eastern District of Virginia, issued a warrant for the search and seizure of

information associated with the Kik c/o MediaLab.ai Inc. account associated with the email address: jbjn555@gmail.com and Screen/Username: Jbornbj555. A review of this information displayed that from approximately June 8, 2024 to approximately June 11, 2024—the approximate same time as the CyberTipline Report to NCMEC referenced in paragraph 8—User Name jbornbj555 had the following message exchange with User Name RXXXXX[2]:

| User Account | Text | Time And Date |
|---|---|---|
| RXXXXX | Hey, have any pics for trade? | June 8, 2024, approximately 1:33 PM |
| Jbornj555 | Yeah. Do you? | June 8, 2024, approximately 1:37 PM |
| Jbornj555 | https://www.dropbox.com/scl/fo/l1tt58y1ggo43wphgpito/AE91unjN9byhzqUEVhad1I?rlkey=k9mjf7vrlr4wjuq2hyehmd1wz&dl=0 | June 8, 2024, approximately 1:37 PM |
| RXXXXX | [Image of a petite female wearing white lingerie with her vagina exposed] | June 8, 2024, approximately 1:40 PM |
| Jbornj555 | Anymore? | June 8, 2024, approximately 1:41 PM |
| RXXXXX | [Approximately three files depicting what appears to be CSAM] | June 8, 2024, approximately 1:43 PM |
| Jbornj555 | Do you know of any good groups for sharing? | June 8, 2024, approximately 1:47 PM |
| Jbornj555 | Not on Kik. I've found some things here and there but itâ€™s not consistent. Let me know if you find anything | June 11, 2024, approximately 3:24 PM |
| Jbornj555 | Here is some more content I found as well | June 11, 2024, approximately 3:25 PM |
| Jbornj555 | [Image and video files that appear to depict | June 11, 2024, |

---

[2] The full username is known to law enforcement and redacted here to protect an ongoing investigation and witness identities.

| | CSAM][3] | approximately 3:25 PM |
|---|---|---|

## DROPBOX, INC. SEARCH WARRANT

16. On November 26, 2024, the Honorable William B. Porter, United States Magistrate Judge for the Eastern District of Virginia, issued a warrant for the search and seizure of information associated with the Dropbox Account associated with email address: jchanel5@gmail.com; Screen/User Name: Joey Chanel; ESP User ID: 3097787824. A review of this information indicated that the account, as it existed at the time of warrant service, contained four file folders titled "Beast," "Girl Nudes," "storedpics1," and "Young teens 1." The file folder titled "Beast" contained videos depicting acts of bestiality. The folder titled "Young teens 1" contained approximately two suspected CSAM video files that appear to match the files submitted by Dropbox Inc. in the CyberTipline Report from June 2024. Additionally, approximately seven video files were identified that appear to match the suspected CSAM files submitted by Medialab/Kik in the CyberTipline Report from June 2024. In total, there were approximately 22 video files of what appears to constitute CSAM within the Dropbox return for the account associated with jchanel5@gmail.com.

17. Additionally, within the Dropbox, Inc. search warrant returns, a .txt file was located named "other.txt." This .txt file contained the following MEGA[4] link:

---

[3] The recounting of this conversation is compiled from two sources. First, the search warrant return from Kik provided a portion of the text of the chat between RXXXXX and jbornbj555, as well as the link and image and video files sent by jbornbj555. Based on this agent's training and experience, search warrant returns provided by Kik do not always constitute the entirety of an interaction between users. In this return, it appeared Kik only provided the files sent by the account subject of the warrant (jbornbj555) and did not include either the files or any placeholder indicating the presence of files sent by RXXXXX. Separately, pursuant to another search warrant, the affiant searched the contents of CHANEL's cell phone. The search revealed files in the Kik application that indicate based on sender data and metadata they were files sent by RXXXXX during this conversation. All dates, times, and number of files listed in the above conversation are approximate.

[4] MEGA is a file sharing service.

7

https://mega.nz#F!MGdGxTyJ!XCQV-YgVNrn7tpNKn6q_fw!EXcRGQpY

18. Records obtained from MEGA compliance displayed that this link was a public link that the user mXXXX@gmail.com shared with others at one time. The link lists a "status" of "etd." I know based on my training and experience, and from speaking to other law enforcement officers who work closely with MEGA, that "etd" is short for emergency takedown. Links that are marked as "etd" contained content associated with the sexual exploitation of minors. The link listing this as its status indicates known child sexual abuse material had been detected inside the account/link and was subsequently taken down.

19. The target link was emailed to a Senior Investigator on the Digital Child Exploitation Team with the New Zealand Department of Internal Affairs ("NZDIA"). It was confirmed that this link contained CSAM. On February 13, 2025, the FBI received information from the NZDIA that the files from the target link were available. On February 13, 2025, the NZDIA transmitted those files to the FBI. The FBI downloaded, and later reviewed, the files after executing a federal search warrant signed by the Honorable William F. Fitzpatrick, United States Magistrate Judge for the Eastern District of Virginia. The review revealed approximately 1,338 files of suspected CSAM.

**FILE COMPARISON REVIEW**

20. On or about September 12, 2025, your affiant, with the assistance of digital forensic examiners for the FBI Washington Field Office Computer Analysis Response Team, reviewed and compared the search warrant returns provided by Kik[5] and Dropbox, as well as the

---

[5] Kik uses unique Globally Unique Identifiers (GUIDs) as the name for an attachment that is sent or received (example: 3abab282-b82a-4118-bea6-ae056e41a478). Research suggests this attachment name remains the name of the file when the attachment is downloaded. The thumbnails of the files within the Kik database will have the same name as well. Kik saves metadata about the attachments in a bplist. A bplist, or binary property list, are store structured data in a compact format. The metadata contained in the bplists can be the SHA1 file hash, file size, file

extraction of CHANEL's Apple iPhone 14 Pro (DEVICE 1). A review of the extraction revealed Kik was on DEVICE 1 with the username jbornj555. Further, the extraction of DEVICE 1 contained eight attachments sent from RXXXXX to Jbornj555 and twelve attachments sent from Jbornj555 to RXXXXX. The following are descriptions of some of the files found on the extraction of DEVICE 1 and in the Kik search warrant and/or Dropbox search warrant returns[6]:

    i.    **Video Sent From Jbornbj555** to RXXXXX on June 11, 2024, 15:26:37, using IP address 76.76.219.190

        Kik message ID 6657f0f3-6fc5-4f0e-b932-fe612a655035

        Description: Video depicts a prepubescent minor female wearing a blue tank top laying on her stomach with her anus and genitals exposed. At one point in the video an adult male's hand can be seen touching the minor female to further expose her anus. The video is approximately 48 seconds in duration.

    ii.    **Video Sent From Jbornbj555** to RXXXXX on June 11, 2024, 15:26:31, using IP address 76.76.219.190

        Kik message ID 6afb7dc4-f99b-4afe-9de9-c127860f2cee

        Description: Video depicts a nude prepubescent minor female laying on a bed wearing a pink eye mask. The minor female is laying on her back with her legs spread. An adult male penis is depicted between the minor females spread legs. During the video the minor female hand can be found on the adult male's penis. The video is approximately 32 seconds in length.

    iii.    **Video Sent From Jbornbj555** to RXXXXX on June 11, 2024, 15:26:44, using IP address 76.76.219.190

        Kik message ID 9f26579f-6a83-4d37-8bb8-cdc65db4790e

        Description: The video depicts a prepubescent minor female laying on her back with her legs spread exposing her vagina and anus. During the video a white/clear liquid is on her vagina and anus. Laughing can be heard in the background of the video.

---

name, etc. The bplists will often store a thumbnail of the attachment that was sent. The bplists can remain on the phone after the attachment has been deleted.

[6] The files described in this section were found as thumbnails on the extraction of DEVICE 1 and as full videos on the Kik search warrant return. The file sizes listed in the bplists from DEVICE 1's forensic image matched the files sizes of the pictures and videos from the Kik search warrant return. After visual comparison, each thumbnail from the bplists on DEVICE 1's extraction appears to be the first frame of the corresponding videos from the Kik search warrant return.

    iv.    **Video Received by Jbornbj555** from RXXXXX on June 8, 2024, 13:43:16

Kik Message ID 8e86067a-8dfb-45bd-9c3d-e76cdc9fd75c

Description: The video depicts a prepubescent minor female laying on her back with an adult male inserting his penis into the minor female. The minor female's breasts and genitals are exposed. The minor female has what appears to be black straps that lead to her neck and wrap around her torso. The adult continues to insert his penis throughout the video.

## CONCLUSION

21.    For the reasons set forth above, I submit there is probable cause to believe beginning on or about June 8, 2024, while residing in the Eastern District of Virginia, CHANEL knowingly received and distributed material involving the sexual exploitation of children. I respectfully request that an arrest warrant be issued for CHANEL.

Respectfully submitted,

*REMY WALSH*
Digitally signed by REMY WALSH
Date: 2025.12.09 12:09:31 -05'00'

Remy M. Walsh
Special Agent
Federal Bureau of Investigation

Respectfully submitted and attested to in accordance with the requirements of Fed. R. Crim. P. 41 via telephone on December 10, 2025.

_____
The Honorable William B. Porter
United States Magistrate Judge

10